UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6** (lc)

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4840 PSG (Ex) | Date | August 7, 2012 |
|---|---|---|---|
| Title | Amit Bharadwaj v. Southern California Edison Company, et al. | | |

| Present: | The Honorable Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to State Court

On June 29, 2012, Plaintiff Amit Bharadwaj moved to remand this case to state court. Dkt. # 21.  On August 6, 2012, Defendant Volt Management Corporation indicated its non-opposition to the motion by filing a "Withdrawal of Notice of Removal."  Dkt. # 25.  Defendant Southern California Edison Company (the only other defendant in this matter) has also indicated its non-opposition to remand by filing a joinder to the "Withdrawal of Notice of Removal."  Dkt. # 26.  Accordingly, this case is REMANDED to Los Angeles Superior Court.

**IT IS SO ORDERED.**